# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JESSE JAMES OZUNA, JR., | Civil No. 14-3047 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MOWER COUNTY JAIL ADMINISTRATION and EMPLOYEES, et al, | |
| Defendants. | |

_____

Jesse James Ozuna, Jr., #169098, Minnesota Correctional Facility, 1101 Linden Lane, Fairbault, MN 55021, *pro se* plaintiff,

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated September 26, 2014 [Docket No. 14], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

2. Plaintiff Jesse James Ozuna's application to proceed *in forma pauperis* [Docket No. 2] is **DENIED AS MOOT**.

3. Ozuna's motion to provide list [Docket No. 5] is **DENIED AS MOOT**.

4. Ozuna's motion to grant immunity [Docket No. 7] is **DENIED AS MOOT**.

5. Ozuna's motion for order [Docket No. 9] is **DENIED AS MOOT**.

6. Ozuna's motion for temporary relief [Docket No. 12] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 5, 2014                s/John R. Tunheim
at Minneapolis, Minnesota                JOHN R. TUNHEIM
                                         United States District Judge